IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Manley, Erik Charles

Printed: 5/20/08

Case Number: 04 B 46657
Judge: Wedoff, Eugene R
Filed: 12/20/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 16, 2008
Confirmed: March 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 41,400.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 39,352.78 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 2,047.22 |
| Other Funds: |  | 0.00 |
| Totals: | 41,400.00 | 41,400.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 2. | ECast Settlement Corp | Secured | 0.00 | 0.00 |
| 3. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 643.18 | 1,015.32 |
| 5. | ECast Settlement Corp | Unsecured | 9,833.93 | 15,266.61 |
| 6. | ECast Settlement Corp | Unsecured | 537.05 | 833.74 |
| 7. | ECast Settlement Corp | Unsecured | 283.40 | 439.93 |
| 8. | Discover Financial Services | Unsecured | 6,526.66 | 10,132.29 |
| 9. | ECast Settlement Corp | Unsecured | 475.27 | 737.83 |
| 10. | Resurgent Capital Services | Unsecured | 7,038.60 | 10,927.06 |
| 11. | Dr Rose Gomez | Unsecured |  | No Claim Filed |
| 12. | Accent Insurance Recovery | Unsecured |  | No Claim Filed |
| 13. | Karin Manley | Unsecured |  | No Claim Filed |
| 14. | MBNA America | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,338.09 | $ 39,352.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 245.58 |
| 3% | 68.98 |
| 5.5% | 442.75 |
| 5% | 173.13 |
| 4.8% | 331.21 |
| 5.4% | 785.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Manley, Erik Charles | Case Number:  04 B 46657 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/20/08 | Filed:  12/20/04 |

$$\underline{\phantom{xxxxxxxxxx}}$$
$ 2,047.22

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*